IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JASON BLACK                                                                    PLAINTIFF

v.                              Case No. 2:17-cv-00066-KGB

POLLUTION MANAGEMENT, INC.                                                     DEFENDANT

## ORDER

Plaintiff Jason Black and defendant Pollution Management, Inc., have filed a stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 7). Accordingly, the Court dismisses with prejudice Mr. Black's claims, with each party to bear his or its own costs and fees.

So ordered this the 15th day of December, 2017.

_____
Kristine G. Baker
United States District Judge